# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

JEREMY RACHAL (#590548)
PLAINTIFF

CIVIL ACTION No.: ____________

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; GARY WESCOTT, SECRETARY OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; SETH SMITH, CHIEF OF OPERATION OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; MICHELE DUAZAT, WARDEN OF DAVID WADE CORRECTION CENTER; BRENDA ACKLIN, DAVID WADE CORRECTIONAL CENTER DEPUTY WARDEN; JAMES ARNOLD, DEPUTY WARDEN OF DWCC; JAMES BURGOS, ASSISTANT WARDEN OF DWCC; RYAN KIMBLE, ASSISTANT WARDEN OF DWCC; RODERICK MALCOM, ASSISTANT WARDEN OF DWCC; DAKOTA NALITT, COLONEL OF DWCC; VINCENT COLEMAN, COLONEL OF DWCC; TERRANCE HAULCY, COLONEL OF DWCC; JOCELYN BRADFORD; LIEUTENANT COLONEL OF DWCC; MATTHEW ELMORE, MAJOR OF DWCC; NATHANIEL GILLENTINE, MAJOR OF DWCC; MICHAEL CORLEY, CAPTAIN OF DWCC, LIEUTENANT REED OF DWCC; JOHN STANLEY, MASTER SARGEANT OF DWCC; KRISTEN HARPER, CLASSIFICATION OFFICER OF DWCC; DANNY HENSHAW, CLASSIFICATION OFFICER OF DWCC; SARAH NALITT, LEGAL LIAISON OF DWCC; DANIEL CROOK, DOCTOR OF DWCC; AND ANGELA RUSSELL, NURSE PRACTITIONER OF DWCC.
DEFENDANT(S)

## SUMMONS

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon Plaintiff(s), whose address is David Wade Correctional Center, 670 Bell Hill Road, Homer, Louisiana, 71040, an answer to the complaint which is herewith served upon you, within ____________ days

after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

DATE

CLERK OF COURT