Devon Jackson 704056
David Wade Correctional Center
670 Bell Hill Road
Homer, Louisiana 71040




CERTIFIED MAIL®
9589 0710 5270 2146 9896 73

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 0 9 2026
DANIEL J. McCOY, CLERK
BY: ____________

Clerk, United States District Court
Western District of Louisiana
Tom Stagg United States Courthouse
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101-3083