**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JEREMY X. RACHAL | CIVIL ACTION NO. 26-0403-P |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL. | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and for preliminary injunction, Record Document 2, is **DENIED.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE