# EXHIBIT – A

Legal Liaison, Sarah Nalitt Backlog Correspondence of ARP No. DWCC-2025-0107

TO: JEREMY RACHAL 590548 N4B

FROM: Sarah Nalitt
Legal Liaison

DATE: February 20, 2025

RE: Administrative Remedy Procedure - Backlog Process

You currently have a Request for Administrative Review at the institutional and/or headquarters level, the request you submitted for administrative remedy that was received in this office on February 20, 2025 will be logged into the ARP system as ARP-DWCC-2025-0107. This request will not be handled until all previously accepted requests have been completed at the institutional and/or Headquarters level.

Be clearly advised that, when applicable, all additional requests for Administrative Remedy received from you by this office will be processed pursuant to the above Administrative Remedy Procedure.

cc: Inmate File

/nm

# EXHIBIT -B

Correspondence/Complaint of Plaintiff Dated March 28, 2025

JEREMY X. RACHAL (#590548)
David Wade Correctional Center
670 Bell Hill Road / N4B #15
Homer, Louisiana 71040

March 28, 2025

To: Warden Michelle Dauzat
David Wade Correctional Center
Homer, La. 71040

RE: Inappropriate handling of Administrative Remedy Procedure-Backlog Process

Dear, Warden Dauzat:

Pursuant to the above referenced, currently I have theee (3) separate ARPs with the Department of Corrections ("DOC") grievance system: DWCC-2024-0742, DWCC-2024-0826; and DWCC-2025-0107. However, two(2) of the ARPs, DWCC-2024-0742 and DWCC-2024-0826, have already been through the First Step Process of which I was dissatisfied with the First Step decisions, noted my dissatisfaction, and accordingly filed them within the institutions inmate mailing system to be forwarded to the DOC Secretary to initiate the Second Step Process on December 18, 2024 (DWCC-2024-0742); and on January 29, 2025 (DWCC-2024-0826).

Nevertheless, on Feburary 20, 2025, Sarah Nalitt, Legal Liaison, inappropriately backlogged ARP: DWCC-2025-0107 after mishandling my previous ARPs by not forwarding ARP: DWCC-2024-0742 to the DOC Secretary until Feburary 3, 2025, and, in which, ARP-DWCC-2024-0826 has not been forwarded to the DOC Secretary, to date. Sarah Nalitt's obstruction and mishandling of the ARP Grievance Process

has unreasonably delayed my ability to seek redress in an appropriate and effective manner.

Also, the DOC rules and procedures for inmates filing ARPs is promulgated within La Admin. Code tit. 22, Pt 1 § 325; and, in which, pertinently provides:

(F)(3)(a)(ix). If an offender submits multiple requests during the review of a previous request, they will be logged and set aside for handling at such time as the request currently in the system has been exhausted at the second step or until time limits to proceed from the first step to the second step have lapsed. The warden may determine whether a letter of instruction to the offender is in order.

Thus, in accordance with the ARP procedure, I deem my ARP: DWCC-2025-0107 should be allowed to be processed to initiate the First Step Process without any unwarranted or adverse affects to my previous ARPs due to Sarah Nalitt's unreasonable obstruction and mishandling of my ARPs which caused the lapse in the grievance process where the 45 day time limit for Second Steps decision for both DWCC-2024-0742 and DWCC-2024-0826 have ~~lapsed to~~ lapse where I initiated the Second Step process for DWCC-2024-0742 on December 18, 2024, and DWCC-2024-0826 on January 29, 2025; and, in which, the 45 day time limit should have been Feburary 1, 2025 and March 18, 2025, respectively.

Therefore, I request ARP: DWCC-2025-0107 be allowed to be processed through the First Step process immediately due to Sarah Nalitt obstruction and mishandling of my ARPs which caused the unreasonable lapse.

Thank you for your time, effort, and assistance in the endeavor.

Respectfully Submitted

[signature]

Jeremy X. Rachal (590548)

cc: Inmate File

/JXR

# EXHIBIT - C

Retaliation Grievances [ARPs] of Plaintiff Dated March 3, 2025 and June 18, 2025, with Inmate Fund Withdrawal Request(s) Dated April 7, 2025 and July 7, 2025

**DEPARTMENT OF PULIC SAFETY AND CORRECTIONS**
**CORRETIONS SERVICES**
**INMATE FUND/WITHDRAWAL REQUEST**

Mailed: 17 April 2025 received & processed 04-16-25 JaL

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | Inmate club |
| 74 | ☐ Outside purchase |
| | ☐ Family member |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# ______ |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☐ Other: ______ |
| 79 | ☐ Court Cost - Civil action number ______ |
| 94 | ☐ Savings Bond |
| | 3-1oz legal letters |

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number ______ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 89T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| LIVING QUARTERS | DATE OF REQUEST MO. DAY YEAR / / | TOTAL AMOUNT $ 2.19 |

Two dollars & 19/100 DOLLARS

WRITTEN AMOUNT

**PAYEE:**

| VENDOR NO. | INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL. |
|---|---|

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE:

REQUEST DENIED. REASON:

| RIGHT THUMB PRINT | VERIFIED BY: |
|---|---|
| | TITLE: M/Sgt Lorenzo Jackson |
| | APPROVED BY: |
| | TITLE: |

DOC Form PF-30 10-A CIB Form Revised 08-2003

A-8

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
INMATE FUNDS WITHDRAWAL REQUEST

Mailed: 10 July 2025

received & processed 07-10-25

| CODE | DRAWING ACCOUNT | DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL |
|---|---|---|---|
| 73 | Inmate club | | |
| 74 | ☐ Outside purchase<br>☐ Family member<br>☐ Educational courses<br>☐ Outside bank savings acct# ______<br>☐ Newspaper ad for clemency / pardon.<br>☒ Other: Legal Mail - one (1) envelope | LIVING QUARTERS: Cell #8 | DATE OF REQUEST MO. DAY YEAR: 7 / 7 / 25 — TOTAL AMOUNT $ 1.01 |
| | | WRITTEN AMOUNT: One dollar & 01/100 DOLLARS | |
| 79 | ☐ Court Cost - Civil action number ______ | PAYEE: VENDOR NO. | INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL. |
| 94 | ☐ Savings Bond | NAME: DWCC Mailroom | |
| | 1 - 2oz legal letter | ADDRESS: 670 Bell Hill Rd | |
| | | CITY: Homer — STATE: LA — ZIP | |

| CODE | SAVINGS ACCOUNT | |
|---|---|---|
| 94 | ☐ Savings Bond | INMATE SIGNATURE: |
| 79 | ☐ Court cost - Civil action number ______ | REQUEST DENIED. REASON: |
| 82 | ☐ Educational courses | |

| CODE | TRANSFERS - No check will be produced | RIGHT THUMB PRINT | VERIFIED BY: |
|---|---|---|---|
| 88T | ☐ Transfer from drawing account to savings. | | TITLE: SGT |
| | | | APPROVED BY: |
| | | | TITLE: |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

Jeremy X. Rachal (590548)
David Wade Correctional Center
670 Bell Hill Rd. / N4A-Cell #8
Homer, Louisiana 71040

July 3, 2025

To: Seth Smith
Chief of Operations
La. Dept. of Public Safety & Corr.
P.O. Box 94304
Baton Rouge, LA. 70804-9304

RE: Two (2) Retaliation "ARPs" that David Wade Correctional Center refuse to process in regards to ARP No. DWCC-2025-0107 and Disciplinary Appeal No. DWCC-2025-035.

Dear, Chief Smith:

Pursuant to the above referenced, I have enclosed two (2) ARPs for retaliation regarding ARP No. DWCC-2025-0107 and Disciplinary Appeal No. DWCC-2025-035 that DWCC prison officials - Warden Michele Dauzat and/or MSgt. Sarah Nalitt refuse to process within the prison's inmate grievance system. Their failure to process my ARPs has resulted in further unchecked retaliation of various forms which are alleged therein; and has resulted in me missing a court deadline. Due to their retaliation I have no other available administrative remedies to exhaust except with your office before I initiate a lawsuit in Federal court. I request that your office process these ARPs and order immediate investigation into my allegations.

Thank you for your time, effort and assistance in these matters.

Respectfully,

[signature]

Jeremy X. Rachal (590548)

# ADMINISTRATIVE REMEDY PROCEDURE

(This is a Request For an Administrative Remedy).

Inmate Info: Jeremy X. Rachal (590548)
David Wade Correctional Center
670 Bell Hill Rd / N4B #15
Homer, Louisiana 71040

ARP No. ____________

March 3, 2025
DATE

Sensitive Issue(s): Retaliation Complaint against DWCC prison officials regarding previous ARP (DWCC-2025-0107) to prevent destruction of evidence; as well as, additional physical abuse.

DESCRIBE NATURE OF COMPLAINT:

DWCC prison officials Warden Michele Dauzat, Deputy Warden James Arnold, Asst. Warden Ryan Kimble, and Colonel Dakota Nalitt[FN1] are subjecting me to cruel and unusual punishment (and/or corporeal punishment) by committing inter alia, malfeasance of office upon failing to investigate my allegations contained in ARP No. DWCC-2025-0107 regarding various prison officials unreasonable use of excessive force against me; as well as, Respondents' malicious intent to aid, directly or indirectly, in the attempt cover up (alter or destroy) the evidence to support my assertions therein, and, in which, is in violation of my rights guaranteed by the 8th and 14th Amendments to the United States Constitution. See also, La. R.S. 15:829; Rules 10 and 13 of the Corrections Services Employee Manual.

On Feburary 25, 2025, at approx. 10:00 a.m., Respondents stopped in front of my cell (N4B#15) at my request as I informed Warden Dauzat "personally" that on January 25, 2025, I was physically assaulted in the South Compound Classification Office by Colonel Coleman, Major Matthew Elmore, and Captain Michael Corley as a form of retaliation for an incident that happened earlier that day between Lieutenant Johnathan Wood and me. I informed Respondents that the physical assault was done almost two (2) hours after the incident between Lt. Wood and I, that at no time thereafter, did I resist or become combative to provoke the attack; and that, therefore, the attack was committed unnecessarily and unreasonably. Also, I requested Respondents to investigate my allegations and to take the appropriate action deemed necessary.

However, at the behest of Warden Dauzat, I was advised that my allegations nor my ARP (DWCC-2025-0107) will be investigated and that I had got what I deserved. To date, my allegations (or ARP) have not been investigated.

Rule 10 and 13 of the Corrections Services Employee Manual pertinently provides:

Rule 10, Falsifying Documents or Making False Statements. Knowingly making false statements or deliberately omitting important facts on official reports or documents or in other work-related circumstances is forbidden. This includes, but is not limited to, certification of illness/doctors' excuse, disciplinary reports, incident reports, logbooks, investigation reports unusual occurrence reports, accidents reports, employee violation reports, time and attendance records, travel expense records, accounting records, and job applications, as well as, knowingly making false statements or deliberately omitting important facts to any person conducting an investigation for the Department or for another state, local or federal agency.

Rule 13(d) Malfeasance - Aggravated. No employee shall fail to report at the first opportunity, a violation of rules and regulations. (See Part V, "The Violation Reporting Process" for specific guideance regarding this rule).

Also, the Department of Corrections, regarding its rules and procedures for the ARP Process, is promulgated within La. Admin. Code tit. 22, Pt I § 325, and nowhere therein does it authorize the "Wardence(s)" or ARP Screening Officer nor any other official, to give deference to other officials when investigating prisoner complaints, allegations or ARPs.

Respondents malfeasance has deliberately created an unsafe and hazardous environment upon, directly or indirectly, aiding and abetting in the destruction or cover-up of relevant and material evidence regarding my allegations contained in ARP No. DWCC-2025-0107; as well as, deliberately failing to report Colonel Coleman, Major Matthew Elmore, and Captain Michael Corley abuse and misconduct at the first opportunity; and, in which, constitutes cruel and unusual punishment (and/or corporeal punishment)—retaliation against me—in violation of my rights guaranteed by the 8th and 14th Amends. U.S. Const.

SPECIFIC RELIEF DESIRED:

Declaratory Relief - Respondents that their malfeasance violates my 8th and 14th Amendment rights to the United States Constitution.

Injunctive Relief - (1) Immediately investigate my allegations contained herein. and in DWCC-2025-0107, (2) Perservation of all relevant and material evidence for future litigation; and (3) Immediately terminate Respondents from their official capacities; and

Monetary Relief - Compensatory damages in the amount of Fifty Thousand dollars ($50,000) and Punitive damages in the amount of one-hundred thousand dollars ($100,000) from each Respondent in both their individual and official capacities.

FOOTNOTES

FN.1 Hereinafter, all officials will be referred to as "Respondents" unless expressly noted otherwise.

Respectfully Submitted,

Jeremy X. Rachal (590548)
DWCC - N4B #15

# ADMINISTRATIVE REMEDY PROCEDURE

(This a Request For an Administrative Remedy).

INMATE INFO: Jeremy X. Rachal (590548)
David Wade Correctional Center
670 Bell Hill Rd., N4A-Cell #8
Homer, Louisiana 71040

ARP No. ______________

June 18, 2025
DATE

Sensitive Issues: Retaliation due to ARP No. DWCC-2025-0107 and Disciplinary Appeal No. DWCC-2025-035 *

Describe Nature of Complaint:

David Wade Correctional Center (DWCC) prison officials Warden Michele Dauzat, Deputy Warden Brenda Achlin, Deputy Warden James Arnold, Assistant Warden Ryan Kimble, Colonel Vincent Coleman, Major Nathaniel Gillentine, Lieutenant Reed, Master Sergeant Stanley, Classification Officer(s) Kristen Harper and Danny Henshaw are subjecting me to cruel and unusual punishment (and/or corporeal punishment) by retaliating against me for exercising my rights to seek redress in ARP No. DWCC-2025-0107 and Disciplinary Appeal No. DWCC-2025-035; as well as, my right to access the courts in violation of the First, Eighth and Fourteenth Amendments to the United States Constitution. See also, La.R.S. 15:829.

Upon my arrival at DWCC on June 9, 2025, I was immediately brought before the Classification Board; and, in which, Warden Dauzat, Dep. Warden Arnold, Asst. Warden Kimble, Colonel Coleman, and Class. Off. Kristen Harper were present among other prison officials. At the Board hearing, Kristen Harper asked me whether I remember the incident between Captain Johnathan Wood and I, whether I remember allegations I made prior to my transfer that were to have occurred within [the] Classification Office, and asked: what I planned on doing regarding the matter. I confirmed my recollection of the matters; stated I intend to pursue those matters and asked "Why"? Thats when Warden Dauzat told me not to worry about it and stated I would find out when I get where I am going. At the conclusion of the Board hearing, I was assigned to N4B-Cell #1; and, in which, I

FOOTNOTES

F* This is Rachal's second ARP regarding this matter(s). See incident dated Feburary 25, 2025 of which ARP is dated March 3, 2025.

was escorted by Major Nathaniel Gillentine.

It is Department and institutional policy that after it becomes known to the institution that two (2) inmates have engaged in behavior that threatens them, other inmates, staff, visitors or the institution; Security and Classification is required to keep those inmates separate; as well as, file the appropriate documents. Warden Dauzat has designated Warden Arnold over security and Wardens Achlin and Kimble over classification; as well as, assigned Harper and Henshaw to the South Compound Classification. Upon reviewing my file at the Board hearing, these officials were reasonably aware of an incident that transpired between inmate Cordell Wilder (755139) and I on January 17, 2024, on N3C-Cell#9.

Nevertheless, upon placing me on N4B-Cell#1, it became apparent to me why I was assigned to that tier—because Cordell Wilder (755139) was also on the tier.[FN.1] On June 16, 2025, Wilder and I had another physical altercation; and, in which, I suffered a injury to my right elbow and wrist. Thereafter, I was reassigned to N4A-Cell#8.

Also, on June 17, 2025, at approx. 7:00 p.m., Col. Coleman made rounds on N4A; and, in which, upon passing my cell he stated (broadly): "If you want your property, you know what to do." At first, I did not comprehend who or what Col. Coleman was talking about until he had to pass my cell again to leave off the tier; and, in which, he made a peculiar direct eye contact with me. At that moment I understood who Col. Coleman's statement was directed at and what it was regarding.

Col. Coleman is over DWCC Shakedown Team and Lt. Reed and MSgt. Stanley are members. Since my arrival at DWCC, I have been awaiting the return of my property from the Shakedown Team; and, in which, has yet to be returned. On January 16, 2025, upon being taken on N4 Rec Yard for recreation, I made contact with Lt. Reed and MSgt. Stanley and inquired about the return of my property (legal documents). they both commented that I was special and stated I had to talk to Col. Coleman.

Based on this information, the only inference I could get was Col. Coleman was withholding my property to obstruct my right to access the courts due to ARP No. DWCC-2025-0107 and Disciplinary Appeal No. DWCC-2025-035; and, in which, constitutes retaliation. Also, the withholding of my property has resulted in

---

FN.1 It is also worthy to note Major Gillentine was the supervising official the night of Wilder and I first incident on January 17, 2024.

me missing a deadline in the 19th Judicial District Court, Baton Rouge, La., regarding Disciplinary Appeal No. DWCC-2025-035.

Thus, due to the above described instances, Warden Dauzat, Dep. Warden Achlin, Dep. Warden Arnold, Asst. Warden Kimble, Col. Coleman, Maj. Gillentine, Lt. Reed, MSgt. Stanley, and Class. Off.(s). Harper and Henshaw has unreasonably subjected me to a substantial risk of harm by placing me in a dangerous and unsafe environment where it was Foreseeable Wilder and I would harm one another; and upon obstructing my right to seek redress and access the courts in ARP No. DWCC-2025-0107 and Disciplinary Appeal No. DWCC-2025-035 by withholding my property; and, in which, constitutes cruel and unusual punishment (and/or corporeal punishment) by retaliation in violation of the 1st, 8th and 14th Amends. U.S. Const.

SPECIFIC Relief Desired:

Injunctive Relief: (1) Order Respondents to return all my legal documents (2) to transfer me away from DWCC; and (3) relieve Respondents of their official responsibilities.

Monetary Relief: Compensatory damages in the amount of one-hundred thousand dollars ($100,000) and Punitive damages in the amount of two-hundred and fifty thousand dollars ($250,000) from each Respondent in both their individual and official capacities.

Respectfully Submitted

[signature]

Jeremy X. Rachal (590548)
DWCC N4A-Cell #8

# EXHIBIT-D

Disciplinary Report(s) of Physical Altercations Between Plaintiff and Cordell Wilder (755139) Dated January 17, 2024 and June 16, 2025

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: David Wade Correctional Center

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Jeremy Rachal | 590548 | 17 Jan 2024 | Approx. 0354 |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| N3 C-Tier | N/A | N3 C-9U |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Fighting | #10 |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, M/Sgt. Richard Rogers was making rounds on N3 C-Tier when I clearly observed inmate Cordell Wilder #755139 holding his cellmate inmate Jeremy Rachal #590548 by his neck, stating "Fuck you, you bitch ass nigga." I then gave inmate Wilder a direct verbal order to cease his actions, which he complied. I then notified Lt. Corley who was currently present at the front of the tier. Lt. Corley arrived at the cell and gave both inmates a direct verbal order to come to the cell door to be restrained, and they both complied. The cell door was opened and both inmate were properly restrained and escorted to the N3 lobby where they were kept separate from each other. Lt. Corley questioned inmate Rachal about the incident and he admitted to engaging in a fist fight with inmate Wilder. See attached UOR's. Inmate Rachael is currently housed on preventative segregation level 1.

11. Inmate Placed in Administrative Segregation ☐ Yes ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Richard Rogers. M/Sgt. N3 C & D |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| 17 Jan 2024 | 0455 | | |

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty
19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing:
21. Counsel Substitute:
DOC #:

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other ______

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of ______ rule violation(s). A total of ______ Schedule B violations since: ______

A total of ______ # ______ rule violations since ______.

☐ Other: ______

25. Sentence: ☐ Suspended ☐ Imposed ______ Days
26. Sentence: ☐ Suspended ☐ Imposed ______ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

______
CHAIRMAN (DISCIPLINARY OFFICER)

______
MEMBER

______
MEMBER

N4A 8

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Jeremy Rachal** | **590548** | **16 June 2025** | **Approx. 1358** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **N4 Lobby** | **U/A** | **N4** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Fighting** | **#10** |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, M/Sgt. Roderick Harper was escorting inmates to the recreation yard. During this time I clearly observed Inmate Jeremy Rachal #590548 rush and headbutt inmate Cordell Wilder #755139. That's when M/Sgt. Kevin Aubrey activated his beeper. I M/Sgt. Harper grabbed inmate Rachal by his jumpsuit while Sgt. Aubrey grabbed inmate Wilder by his Jumpsuit, breaking them apart, while giving both inmates orders to stop their actions, which they both complied. At no time did inmate Wilder retaliate. Major Kennedy was notified. Inmate Rachal is currently housed on preventive segregation 1. (See attached UOR)

11. Inmate Placed in Administrative Segregation ☐ Yes ☒ No

12. Signature of Reporting Employee [signature]

13. Name, Title, Assignment (Print) **Roderick Harper, M/Sgt, N4 Yard & Rec.**

14. Date of Report **16 June 2025**

15. Time of Report **1700**

16. Report (copy) given to above Inmate by: [signature] 0655

17. Inmate's Signature [signature]

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty

19. Verdict: ☑ Not Guilty ☐ Guilty

20. Date of Hearing: 23 June 2025

21. Counsel Substitute: B. Vazquez #117061
DOC #:

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
- ☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
- ☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
- ☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
- ☐ Other

24. Reasons for Sentence:
- ☐ Seriousness of offense ☐ The need to protect the institution, employees or other.
- ☐ Poor conduct record. A total of ________ rule violation(s). A total of ________ Schedule B violations since: ______________.
  A total of ________ # ________ rule violations since ______________________.
- ☐ Other: ______________________________

25. Sentence: ☐ Suspended ☐ Imposed ________ Days
loss of [illegible]

26. Sentence: ☐ Suspended ☐ Imposed ________ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

[signature]
CHAIRMAN (DISCIPLINARY OFFICER)

[signature]
MEMBER

MEMBER

# EXHIBIT-E

AFFidavit of [Former Inmate] Curtis Scott (494772)

# AFFIDAVIT

I Curtis Scott 494772, do hereby declare:
ON June 17, 2023 at approx. 7:00 pm. I was in my assigned cell #9 located on N-4 A tier at "D.W.C.C" when I seen Colonel Vincent Coleman make his official rounds on N-4 A tier. At this time I clearly heard Col. Coleman indirectly state: If you want your property you know what to do." I did not know who Col. Coleman was talking to and did not think much of it because I know he was not talking to me.
However, upon Col. Coleman leaving the tier my neighbor Jeremy Rachal Cell #8 asked me did I hear what Col. Coleman said, I stated: Yes." Mr. Rachal stated he believed Col. Colmans statement was directed at him because of an ARP he has pending against him and Col. Coleman shake down team had his property of which he was awaiting Col. Coleman nor his shakedown team had my property So I know his statement wasn't directed at me.
Neverthe less I do not intend to imply that I know Col. Coleman statement was directed at Mr. Rachal becaus I don't. I don't know who Col. Colemans statement was directed or know the Full basics of what it was pertaining to. All I can Confirm is that on the above date and time I heard Col. Coleman stated: If you want your property you know what to do.

I have read the Foregoing affidavit and hereby declare that the matters alleged herein are true and correct to the best of my knowledge, Information or belief, and as to those, I believe to be true I Certify under penalty of perjury the Foregoing is true and correct.

Executed at David Wade Correctional Center Homer La, on June 15, 2025.

Curtis Scott 494772
AFFIDAVIT

# EXHIBIT - F

Classification Review Board Appeal of Plaintiff Dated
June 20, 2025

# Appeal From Classification Review Board

Appellant: Jeremy Rachal (590548)
Type of Review: Classification Review
Segregation Assignment: Preventative Segregation Level 1
Board Members: Warden Michele Dauzat, Dep. Warden James Arnold, Kristen Harper ARDC Specialist, et al.

Date: June 20, 2025
Date of Hearing: June 9, 2025
Reason For Assignment: N/A

## ISSUES

The Board Members administrative decision is in violation of constitutional and statutory provisions; and is in excess of the statutory authority of the agency (La. DPS&C). See La. R.S. 15:1177(A)(9); La. Admin. Code tit. 22, Pt. I § 341; 8th and 14th Amends. U.S. Const.

## ARGUMENT(S)

On June 9, 2025, upon my arrival at David Wade Correctional Center (DWCC), the Classification Review Board assigned me to Preventative Segregation Level 1 in violation of constitutional or statutory provisions; and is in excess of the statutory authority of the agency (La DPS&C). The Board Members (and/or DWCC prison officials) have implemented a practice that compels me to go through four (4) stages of segregation (Preventative Segregation Level 1 ["P1"], Preventative Segregation Level 2 ["P2"], Working Segregation Level 1 ["Wk. Seg. 1"], and Working Segregation Level 2 ["Wk. Seg. 2"]) contrary to the Disciplinary Rules and Procedures for Adult Inmates (the Rules) promulgated by the La. DPS&C of which is designed to cause mental anguish and emotional distress by prolong isolation and indefinite segregation confinement under unreasonably harsh and restrictive conditions that creates a atypical and significant hardship in relation to the ordinary incidents of prison life; in violation of the Eighth and Fourteenth Amendments to the United States Constitution. See, La. Admin. Code tit. 22 Pt I § 341.

The La. DPS&C promulgated the Rules to govern inmates sentenced to the custody of the La. DPS&C and to provide inmates and employees clear and proper notice of the Rules framework; and, in which, the inmate population can expect the disciplinary system to function uniformly. Id. The Secretary has sole authority to change the Rules, regulations, and procedures. The Secretary amended its policy (the Rules) on June 9, 2024 and described the pertinent forms of segregation:

Disciplinary Segregation: A maximum custody housing area, typically a cell, where an inmate is housed for a definitive period of time as a result of a sanction from a disciplinary hearing.

Preventative Segregation: A maximum custody housing area, preferably a cell, where an inmates continued presence in general population is a danger to the good order and discipline of the institution and/or whose presence poses a danger to himself, other inmates, staff, or the general public; and

Working Segregation: A form of maximum custody for a determinate period of time distinguished by access to work and other programs consistent with security restrictions and facility procedures. This type of assignment is used primarily after a Disciplinary Hearing for an inmate found guilty of violating one or more rules according to the Disciplinary/Sanctioning Matrix or as part of the step down from a more restrictive housing.

As for the time an inmate may be in the above described segregated housing areas, the Rules pertinently provides:

Assignment to disciplinary segregation shall be for a determinate period of time with reviews by a Multi-Disciplinary Review Board in accordance with the attached Disciplinary /Sanctioning Matrix. (See Disciplinary/Sanctioning Matrix). Id.

The applicable review board shall review the status of inmates who are in Preventative Segregation at least every 60 days; and

The applicable review board shall review the status of inmates who are in Working Segregation at least every 90 days.

Nevertheless, despite clear guidance as described above, DWCC prison officials, contrary to the agency's (La.DPS&C) Rules, has created four (4) unknown segregation levels – P1, P2, Wk.Seg.1, and Wk.Seg.2 – when according to the Rules, there is only one Preventative Segregation and one Working Segregation; and, in which, on June 9, 2025, the Board Members unreasonably classified and assigned me to "Preventative Segregation Level 1." Also, when transitioning through "DWCC unknown segregation levels", DWCC prison officials has unreasonably implemented a practice that "automatically" relinquishes or limits an inmates canteen, telephone, television, electronic tablet, property, recreation, vocational or educational program privileges without due process in violation of constitutional or statutory provisions where contrary to the Rules the Secretary has explicitly advised that "after a finding of guilty ... the Disciplinary Board may impose one or two of the [specified] penalties"... "that the specified penalties represent the **maximum** allowable sanction for an offense"... and that "no sanction shall be administered that is not in accordance with Disciplinary/Sanctioning Matrix".... 8th, 14th Amends. U.S. Const.;

La. Admin. Code tit. 22, Pt I § 341 (Amended June 9, 2024).

Thus, DWCC prison officials failure to follow their own (La.DPS&C) policy, rules, regulation and procedures; and the Board Members unreasonable classification and assignment of me to Preventative Segregation Level I demonstrates their unnecessary and wanton and reckless disregard of my rights, health and safety; as well as, manifest their malicious and sadistic intent to deprive me of due process without a legitimate penological justification and subject me to cruel and unusual punishment (and/or corporeal punishment) by exposing me to a substantial risk of serious harm upon unreasonably implementing and compelling me to go through four (4) unauthorized segregation levels - P1, P2, Wk.Seg. 1 and Wk.Seg. 2 - and automatically relinquishing or limiting my cateen, telephone, television, electronic tablet, property, recreation, vocational or educational program privileges; and, in which, DWCC prison officials has designed to cause me mental anguish and emotional distress by prolong islolation and indefinite segregation confinement under unreasonably harsh and extremely restrictive conditions in violation of the Eighth and Fourteenth Amendments. See also, La. R.S. 15:829.

## RELIEF DESIRED

Declaratory Relief: Inform DWCC prison officials that their practices are in violation of constitutional or statutory provisions; and, in excess of the statutory authority of the agency (La.DPS&C). 8th, 14th Amends. U.S. Const.; La. Admin. Code tit. 22, Pt I § 341.

Injunctive Relief: Order DWCC prison officials to (1) cease their unreasonable and unauthorized practices; (2) comply with La.DPS&C policy; (3) release me from the above described unauthorized forms of segregation; and (4) restore all my privileges which are not the result of a authorized disciplinary sanction.

Monetary Relief: Compensatory damages in the amount of Fifty Thousand dollars ($50,000) and Punitive damages in the amount of One-hundred Thousand dollars ($100,000).

Respectfully Submitted,

Jeremy X. Rachal (590548)
DWCC N4 A-Cell #8

cc: Inmate File
/JXR

# EXHIBIT - G

Lost Personal Property Grievance of Plaintiff Dated November 10, 2025 with Inmate Fund Withdrawal Request Dated December 8, 2025.

B #12

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

Mailed: 11 Dec 25 received & processed 12-10-25 jgl

**CODE DRAWING ACCOUNT**

73 _ Inmate club

74 ☐ Outside purchase
☐ Family member
☐ Educational courses
☐ Outside bank savings acct# ____
☐ Newspaper ad for clemency / pardon.
☐ Other: ____

79 ☐ Court Cost - Civil action number ____

94 ☐ Savings Bond

1-Spot legal letter

**CODE SAVINGS ACCOUNT**

94 ☐ Savings Bond

79 ☐ Court cost - Civil action number ____

82 ☐ Educational courses

**CODE TRANSFERS - No check will be produced**

68T ☐ Transfer from drawing account to savings.

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| | | |
| **LIVING QUARTERS** | **DATE OF REQUEST** MO. DAY YEAR | **TOTAL AMOUNT** $ 1.07 |

One dollar & 07/100 **DOLLARS**
**WRITTEN AMOUNT**

**PAYEE:**

**VENDOR NO.** — INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL.

**NAME**

**ADDRESS**

**CITY** **STATE** **ZIP**

**INMATE SIGNATURE:**

**REQUEST DENIED. REASON:**

**RIGHT THUMB PRINT**

**VERIFIED BY:**

**TITLE:**

**APPROVED BY:**

**TITLE:** T. Hawley / a

# LOST PERSONAL PROPERTY CLAIM

Inmate Info: Jeremy Rachal (590548)
David Wade Correctional Center
670 Bell Hill Rd.; N4A #2
Homer, Louisiana 71040

No. ______________

November 5, 2025
(DATE OF LOSS)

**Circumstances Which Resulted in the Loss of Personal Property:**

Upon returning to David Wade Correctional Center (DWCC) on October 27, 2025, after a court order from the 20th Judicial District Court, West Feliciana Parish, La.; I was classified and assigned to N4, Preventative Segregation Level I. On November 5, 2025, between 1:00 a.m.-3:00 a.m., Major Matthew Elmore, Captain Davis, M/Sgt. Parks and M/Sgt. Kirk advised me that, per orders of Warden Michele Dauzat, Dep. Warden James Arnold, Asst. Warden Roderick Malcom, and Colonel Terrance Hawley; I would have to dispose of my personal property because they would no longer storage my property in the Greenhouse. Upon asking for the reason and legitimate penological justification for the disposal of my personal property, I was informed that they were unaware of any specific reason and that they were merely following orders of their superiors.

By unreasonably disposing of my personal property, the above-mentioned prison officials have retaliated against me for redressing the deprivation of my rights enunciated in Disciplinary Appeal No. DWCC-2025-035 and ARP No. DWCC-2025-0107; and deprived me of due process without a legitimate penological justification; as well as, subjected me to cruel and unusual punishment, in violation of the 1st, 8th and 14th Amendments to the U.S. Constitution.

**Items Lost (Include description) and Value:**

Four (4) Gray Medium Sweatshirts, $22.48/ea.; Two (2) Gray Medium Sweatpants, $24.59/ea.; One (1) White Medium Thermal Top, $6.00; One (1) White Medium Thermal Bottom, $6.42; Two (2) Black AM/FM Radios, $24.72/ea.; Two (2) Earphones w/ Mic, $6.60/ea.; Three (3) Conair Beard Trimmers, $21.17/ea.; and Fifteen (15) Books: Knowledge of Self ($17.00), Science of Self ($17.00), Black God ($17.00), When the World was Black ($17.00) all by Supreme Understanding; Stolen Legacy ($12.00); Malcom X Talks to Young People ($12.00); My Bondage and My Freedom (12.00) by Fredrick Douglass; The Art of War ($10.00) by Sun Tzu; Felon Fitness ($25.00); The Richest Man in Babylon ($10.00) by George Cleason; The New Jim Crow ($25.00) by Michelle Alexander; Essential Lawyering Skills ($25.00); The Bipolar Disorder Survival Guide ($30.00); The Practicing Mind ($15.00); and The Mind in the Making ($15.00).

Must Attach Proof of Ownership or Proof of Value:

Exhibit A- List of Books owned by Jeremy Rachal and verified by (Dep. Esquivel) of Caddo Correctional Center, Shreveport, La.;

Exhibit B- Inventory Sheet of Jeremy Rachal's personal property verified by Sgt. Hooslier of Elayn Hunt Correctional Center, St. Gabriel, La., dated January 6, 2025;

Exhibit C- Admitting Unit Property Seal Form of Elayn Hunt Correctional Center dated January 6, 2025 and verified by Sgt. Hooslier; and

Exhibit D- Hunt Reception and Diagnostic Center Admitting Unit (Intake) Form dated January 6, 2025 and verified by Sgt. Hooslier.

A Claim Must Be Submitted within 10 days of the Date of Loss.

The Claim is to be Submitted to the Warden or Designee.

Respectfully Submitted

November 10, 2025
DATE

Jeremy A. Rachal (590548)

Synopsis: Inmate Jeremy Rachal's books were collected and secured in the evidence locker.

On the above date and time, I (Dep. Esquivel), collected Rachal's books and secured them in the evidence locker. The books collected were as follows: Answering Islam, Webster's Dictionary, Roget's College Thesaurus, Take Care of Yourself, Felon Fitness, Entertain Your Brain, The Practicing Mind, Black God, Knowledge of Self, My Bondage And My Freedom, The 7 Habits of Highly Effective People, The Art of War, The Science Of Self, When The World Was Black, Travel Far, Essential Lawyering Skills, The Bipolar Disorder Survival Guide, The 48 Laws Of Power, Stolen Legacy, Malcom X Talks To Young People, The New Jim Crow, Cosmos, The Dialectical Behavior Therapy Skills Workbook, The Richest Man In Babylon, 2 copies of The New World Spanish/English Dictionary, The Autobiography of Malcom X, Lousiana Digest (Vol. 13C, 14A, 15), Lushena Books Catalog, and The Mind In The Making.

The following books have torn covers and/or ripped pages: Louisiana Digest (Vol. 13C, 14A, 15), The Autobiography of Malcom X, both copies of The New World Spanish/English Dictionary, and The Dialectical Behavior Therapy Skills Workbook. The following books are ripped along the spin: Roget's College Thesaurus and Webster's Dictionary.

A picture of the books is attached to this report.

# INMATE CLOTHING AND PERSONAL PROPERTY INVENTORY

CENTER

I, Rachal, Jaremy NO. 590548 CERTIFY THAT WHEN ______ ON ______ I HAD THE BELOW LISTED PROPERTY IN MY POSSESSION AND THAT IT WAS DISPOSED OF AS INDICATED BELOW.

______ INMATE'S NAME

Sgt. Hossley SECURITY OFFICER

______ RECEIVING OFFICER

TAG # ______
BIN # ______
TOTAL # OF BAGS ______

UPON RELEASE FROM THE CELLBLOCK, I HAVE RECEIVED ALL PERSONAL BELONGINGS LISTED ON THIS SHEET.
DATE: ______ INMATE: ______

| ITEMS | KEPT | STORED | SENT HOME |
|---|---|---|---|
| BELTS | 0 | 0 | 0 |
| BOOKS | 0 | 15 | 0 |
| BOOTS, DRESS | 0 | 0 | 0 |
| BOOTS, WORK | 1 | 0 | 0 |
| CAPS | 0 | 0 | 0 |
| CIGARETTES | 0 | 0 | 0 |
| LIGHTERS | 0 | 0 | 0 |
| COATS | 0 | [illegible] | 0 |
| COINS | 0 | 0 | 0 |
| COMBS | 0 | 0 | 0 |
| COMBS, PICK | 0 | 0 | 0 |
| COSMETICS | 0 | 0 | 0 |
| EARPHONES | 0 | 2 | 0 |
| EYEGLASSES | 0 | 0 | 0 |
| NAIL CLIPPER | 0 | 2 | 0 |
| HANDKERCHIEF | 0 | 0 | 0 |
| HATS | 0 | 0 | 0 |
| JACKETS, DRESS | 0 | 0 | 0 |
| JACKETS, B/J | 0 | 0 | 0 |
| JUMPSUITS | 0 | 0 | 0 |
| KEYS | 0 | 0 | 0 |
| LIGHTER FLUID | 0 | 0 | 0 |
| MAGAZINES | 0 | 0 | 0 |
| MIRRORS | 0 | 0 | 0 |
| NECKLACE | 0 | 1 | 0 |
| PAJAMAS | 0 | 0 | 0 |
| PANTS, DRESS | 0 | 0 | 0 |
| PANTS, B/J | 0 | 0 | 0 |
| CUTOFF JEANS | 0 | 0 | 0 |
| PENS | 0 | 15 | 0 |
| PENCILS | 0 | 3 | 0 |
| PHOTO ALBUM | 0 | 5 | 0 |
| PILLOW CASE | 0 | 0 | 0 |
| PIPES | 0 | 0 | 0 |
| RADIOS | 0 | 2 | 0 |
| RAZOR | 0 | 3 | 0 |
| RAZOR BLADES | 0 | 0 | 0 |
| RINGS | 0 | 0 | 0 |

| ITEMS | KEPT | STORED | SENT HOME |
|---|---|---|---|
| SANDALS | 0 | 0 | 0 |
| SHAVE CREAM | 0 | 0 | 0 |
| SHAVE POWDER | 0 | 0 | 0 |
| SHEETS, BED | 0 | 0 | 0 |
| SHIRTS, DRESS | 0 | 0 | 0 |
| SHIRTS, B/J | 0 | 0 | 0 |
| SHOES, WORK | 0 | 0 | 0 |
| SHOES, DRESS | 0 | 0 | 0 |
| SHOES, SHOWER | [illegible] | [illegible] | 0 |
| SHOES, TENNIS | 0 | 2 | 0 |
| SLACKS | 0 | 0 | 0 |
| SOCKS | 1 | 8 | 0 |
| STAMPS | 0 | 2 | 0 |
| SUNGLASSES | 0 | 0 | 0 |
| SWEATERS | 0 | 0 | 0 |
| SWEATPANTS | 0 | 2 | 0 |
| SWEATSHIRTS | 0 | 4 | 0 |
| TAPE PLAYER | 0 | 0 | 0 |
| TAPES | 0 | 0 | 0 |
| TOBACCO | 0 | 0 | 0 |
| TOOTHBRUSH | 0 | 1 | 0 |
| TOOTHPASTE | 0 | 2 | 0 |
| TOWELS | 0 | 8 | 0 |
| T-SHIRTS | 0 | 10 | 0 |
| UNDERWEAR, THERMAL (TOP) | 0 | 1 | 0 |
| UNDERWEAR, THERMAL (BOT) | 0 | 1 | 0 |
| UNDERSHIRTS | 0 | 0 | 0 |
| UNDERSHORTS | 0 | 0 | 0 |
| WALLET | 0 | 0 | 0 |
| WATCH | 0 | 0 | 0 |

| ITEMS | KEPT | STORED | SENT HOME |
|---|---|---|---|
| WRITING TABLET | 0 | 0 | 0 |
| GLOVES | 0 | 0 | 0 |
| COMPACT DISK PLAYER | 0 | 0 | 0 |
| COMPACT DISKS | 0 | 0 | 0 |
| MISC. ITEMS | | | |

THE FOLLOWING ITEMS TO BE DESTROYED (LIST)

I put the above Jewelry in a package to be sent home, and the package was sealed in my presence.

______ INMATE

______ SECURITY OFFICER

## ADMITTING UNIT

## PROPERTY SEAL FORM

My property has been sealed and secured by a property seal in my presence in the C-building

OFFENDER'S NAME [illegible] NUMBER [illegible]

Seal # 9085674 Tag # ______

Seal # 9085700 Tag # ______

Seal # 9085786

TOTAL # OF BAGS 3

Offender's Signature [illegible] Date [illegible]

Officer's Signature [illegible] Date [illegible]

---

I have received all of my stored property from the C-building and it was not breached during my assignment to ARDC

Offender's Signature ______ Date ______

Officer's Signature ______ Date ______

---

The below listed items were sent home at my request

______

______

______

______

______

I received out of my property the following items

| | | | INT. |
|---|---|---|---|
| Ten (10) Pictures | Yes | No | ______ |
| Twenty (20) Letters | Yes | No | ______ |
| All Legal Work | Yes | No | ______ |
| Addresses | Yes | No | ______ |

Donated to Goodwill

______

______

______

______ Offender's Signature ______ Date ______ Officer's Signature ______ Date

______ Supervisor's Signature ______ Date

Hunt Reception and Diagnostic Center

Admitting Unit (Intake)

Name Rachal, Jeremy Number 590578 Date 1-6-25

1 2 Prs. Work Boots or Tennis Shoes (Low top only, no inflatable sole or plastic traction)

0 1 Bible (Unaltered)

0 1 Watch (No Digital)

1 1 Pair Shower Shoes

0 1 Wedding Ring

0 2 Eyeglasses (Plastic)

50 Legal Mail (Copied Unlimited Amount)

0 Driver's License, ID, SS Card, Birth Certificate sent to RECORDS

Ø Address & Phone Numbers (Copy)

Ø 1 Comb (Plastic)

0 1 Prayer Rug

1 1 Kufi

1 1 Radio

1 1 Earphone

The below listed items were sent home at my request:

None

Items Disposed: None

[signature] Offenders Signature

1-6-25 Date

Sgt J Abshire Officers Signature

1-6-25 Date

# EXHIBIT-H

ARP (Grievance) of Plaintiff and Inmate Fund Withdrawal Request Dated January 26, 2026

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## INMATE FUNDS WITHDRAWAL REQUEST

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | Inmate club |
| 74 | ☐ Outside purchase<br>☐ Family member<br>☐ Educational courses<br>☐ Outside bank savings acct# ______<br>☐ Newspaper ad for clemency / pardon.<br>☒ Other: ______ |
| 79 | ☐ Court Cost - Civil action number ______ |
| 94 | ☐ Savings Bond |

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number ______ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 88T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| LIVING QUARTERS | DATE OF REQUEST MO. DAY YEAR<br>1 / 26 / 2026 | TOTAL AMOUNT<br>$ |

______ DOLLARS
WRITTEN AMOUNT

**PAYEE:**

| VENDOR NO. | INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL. | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| INMATE SIGNATURE: | | |
| REQUEST DENIED. REASON: | | |

| RIGHT THUMB PRINT | VERIFIED BY:<br>TITLE: |
|---|---|
| | APPROVED BY:<br>TITLE: |

# ADMINISTRATIVE REMEDY PROCEDURE

(This is a Request for an Administrative Remedy).

Inmate Info: Jeremy X. Rachal (590548)
David Wade Correctional Center
670 Bell Hill Rd. / N4 B-Cell #11
Homer, Louisiana 71040

ARP No. ____________

January 26, 2026
DATE

Sensitive Issues: Retaliation For Filing Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

Describe Nature of Complaint:

David Wade Correctional Center (DWCC) prison official Colonel Terrance Hauley has unreasonably and unjustifiably retaliated against me upon intercepting, losing or destroying a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 to obstruct my right of access to the courts in violation of the First and Fourteenth Amendments to the United States Constitution.

On December 29, 2025, I gave M/Sgt. Daryl Island a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 enclosed in a brown manila envelope with a Inmate Fund Withdrawal Request to be mailed to:

Clerk, United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Homer, Louisiana 71040

For Filing; and, in which, after M/Sgt. Island informed me after signing his signature on the withdrawal request, he left in Colonel Hauley's mailbox for approval.

However, Colonel Hauley has failed to approve and/or mail out my legal mail and to date it has become lost or destroyed. Due to Colonel Hauley's loss or destruction of my legal mail, my right to access the courts have been obstructed where my Civil Rights Complaint cannot be appropriately filed, in violation of the First and Fourteenth Amendments.

I reasonable believe that because Colonel Hauley is a named defendant in my Civil Rights Complaint, he intentionally lost or destroyed my legal mail to obstruct my right of access to the courts; and if this grievance became known to the institution, I would be adversely affected by having my First Amendment rights

Further abridged.

Specific Relief Desired:

Declaratory Relief - Inform Colonel Hawley that his actions are in violation of my First Amendment rights.

Injunctive Relief - Keep Colonel Hawley and me separate from one another and relieve him of his official responsibilities.

Monetary Relief - Award compensatory and punitive damages

Respectfully Submitted

Jeremy X. Rachal (590548)

# EXHIBIT-I

DWCC Mailroom Rejection Notification Dated August 27, 2026

Form C-02-009-G
20 March 2012

Louisiana Department of Public Safety and Corrections
PHOTOGRAPHS NOTICE OF REJECTION

Name: Jeremy Rachal DOC No.: 590548 Location: HIB

The mailroom has refused photographs for the following reason(s) in accordance with Department Regulation No. C-02-009 "Offender Mail and Incoming Publications":

- ☐ Exposed genitals
- ☐ Exposed genital areas (pubic hair, anal area, buttocks)
- ☐ Genitals or genital areas are covered by transparent materials
- ☐ Swimwear worn during activities in which swimwear is not normally worn
- ☑ Other - (2) photos Kids has no Shirt
- ☐ Lingerie
- ☐ Suggestive poses
- ☐ Hard backed photograph(s)
- ☐ Multiple copies of same photograph
- ☐ Security threat group

Mailroom Officer's Signature: M/Sgt. Johnson Date: 27 Aug 26 $ ______ Postage Due

**If you wish to have the rejected item removed and destroyed with the permitted letter sent to you, sign below:**

____________________ ____________________
Offender's Signature and DOC No. Witnessed By: (Officer's Signature)

**If you wish to mail the rejected item to sender and have the permitted letter sent to you, sign below and send required posted requested.**

____________________ ____________________
Offender's Signature and DOC No. Witnessed By: (Officer's Signature)

If the letter had no return address or an incomplete address, you must fill out a complete return address below if you wish this rejected item returned.

________________________________________

**This form must be returned to the mailroom with disposition within seven working days.**
**DO NOT WRITE BELOW THIS LINE (FOR MAILROOM USE ONLY)**

Letter to offender Date 27 Aug 26

Rejected item(s) returned per offender's request Date __________

Rejected item(s) destroyed per offender's request Date __________

____________________ ____________________
Mailroom Officer's Signature Date

# EXHIBIT - J

Medical Sick Call Request of Plaintiff Dated: January 27, 2025 For swelling of thigh, headache and pain and swelling to right wrist and elbow; January 28, 2025, For memory loss and headaches; February 17, 2025 For swelling of thigh, right wrist and elbow and headaches; March 24, 2025 For headaches and memory loss; June 17, 2025 For pain and swelling to right wrist and elbow; July 3, 2025 For hemorrhoid; July 21, 2025 For irritated and constricted Foreskin; July 22, 2025 For headaches and memory loss; July 24, 2025 For swelling of thigh; August 13, 2025 For hemorrhoid; November 17, 2025 For headache and memory loss; December 9, 2025 For irritated and constricted Foreskin, swelling of thigh, blurred vision, memory loss and headache; February 10, 2026 For swelling of thigh; and March 9, 2026 For swelling of thigh.

Form HCP13-a
20 August 2023

## Request for Medical Treatment

Facility: ____________________

| Jeremy Rachal | 590548 | | N4B 15 | | |
|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date/Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Healthcare Personnel Screening:** Date: 1/2/25 Time: 0630 Allergies: ____________

☑ Routine Sick Call $1.00 ☐ Emergency Sick Call $2.00 ☐ Altercation $2.00

☐ Work-Related Incident - No Access Fee ☐ PREA Assessment - No Access Fee

[redacted]

**Medications Ordered:**

______________________________

______________________________

______________________________

____________________ **Total #:**

HC Personnel Signature: ____________

$1.00 Access Fee ☐ $2.00 Access Fee ☐ No Access Fee $________ Total: $ 2.00

I understand, in accordance with Dept. Reg. No. HCP14, I will be charged $1.00 for routine sick call and $2.00 for emergency sick call and altercations. No fee shall be assessed for work-related incidents or PREA assessments.

| ____________ | ____________ | ____________ | ____________ |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
20 August 2023

**Request for Medical Treatment**

**Facility:** ____________________

| Jeremy Rachal | 590548 | | N4B 15 | | |
|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date/Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Healthcare Personnel Screening:** Date: 1/28/25 Time: 06:31 Allergies: ____________

☑ Routine Sick Call $1.00 ☐ Emergency Sick Call $2.00 ☐ Altercation $2.00

☐ Work-Related Incident - No Access Fee ☐ PREA Assessment - No Access Fee

[redacted]

**Medications Ordered:**

______________________________

______________________________

______________________________

______________________ **Total #:**

HC Personnel Signature:

$1.00 Access Fee ☐ $2.00 Access Fee ☐ No Access Fee $________ Total: $2.00

I understand, in accordance with Dept. Reg. No. HCP14, I will be charged $1.00 for routine sick call and $2.00 for emergency sick call and altercations. No fee shall be assessed for work-related incidents or PREA assessments.

| | | | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record  Yellow - Business Office  Pink - Inmate's Copy

Form HCP13-a
20 August 2023

**Request for Medical Treatment**

**Facility:** ____________________

| Jeremy Rachal | 590548 | | N4B 15 | | |
|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date/Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Healthcare Personnel Screening:** Date: 2/17/25 Time: [illegible] Allergies: ____________

☐ Routine Sick Call $1.00 ☐ Emergency Sick Call $2.00 ☐ Altercation $2.00

☐ Work-Related Incident - No Access Fee ☐ PREA Assessment - No Access Fee

[redacted]

[redacted]

**Medications Ordered:**

______________________________

______________________________

______________________________

______________________________ **Total #:**

HC Personnel Signature:

$1.00 Access Fee ☐ $2.00 Access Fee ☐ No Access Fee $________ Total: $ 0

I understand, in accordance with Dept. Reg. No. HCP14, I will be charged $1.00 for routine sick call and $2.00 for emergency sick call and altercations. No fee shall be assessed for work-related incidents or PREA assessments.

| | | | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** ____________________

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| Jeremy Rachal | 590548 | | N4B | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** 3/21/25 **Time:** 0630 **Allergies:** ____________

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________________

______________________________

______________________________

______________________________ **Total #:** ________

______________________________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ 4

Total: $ 8

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| | | | |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** ____________

| Jeremy Rachal | 590548 | | N4 | | | |
|---|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** ________ **Time:** ________ **Allergies:** ________

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________

______________________

______________________

______________________ **Total #:** ________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 4.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

## Request for Medical Treatment

Jeremy Rachal 590548 **Facility:** ______________

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4A | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** ________ **Time:** ________ **Allergies:** ________

☐ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**
☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________

______________________

______________________

______________________ **Total #:** ______

______________________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ Ø

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Jeremy Rachal 590548

**Facility:** ______________

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4A | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** ______ **Time:** ______ **Allergies:** ______

☐ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**
☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________
______________________
______________________
______________________ **Total #:** ______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Jeremy Rachal 590548 **Facility:** ______________________

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | N4A | | | |
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:**__________ **Time:**__________ **Allergies:**__________

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

**Medications Ordered:**

______________________________

______________________________

______________________________

______________________________ **Total #:** ______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| | | | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Jeremy Rachal 590548 **Facility:** ______

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4A | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** ______ **Time:** ______ **Allergies:** ______

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______

______

______

______ **Total #:** ______

______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Jeremy Rachal 590548

**Facility:** ____________________

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4A | | 13 | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** 6/13/25 **Time:** 0650 **Allergies:** ____________________

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

____________________

____________________

____________________

____________________ **Total #:** ________

____________________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $________

Total: $ ________

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| | | 13 | |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

B-12

## Request for Medical Treatment

Facility: ______________________

Jeremy Rachal 590548

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4B | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment:** Date: ________ Time: ________ Allergies: ________

☑ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

________________________________

________________________________

________________________________

________________________ Total #: ________

________________________________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ________

Total: $ ________

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| | | | |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

Jeremy Rachal 590548

**Request for Medical Treatment**

**Facility:** ____________

B-12

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4B | | 11/17/25 | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment:** Date: 11/17/25 Time: ________ Allergies: ____________

- ☑ Routine Sick Call $2.00
- ☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
  - ☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**
- ☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________ Total #: ______

**Health Care Personnel Signature**

☐ No Fee ☑ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ______

Total: $ ____________

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| | | 11/17/25 | |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

## Request for Medical Treatment

Facility: ______________

| Jeremy Rachal | 570548 | | N4 | | | |
|---|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** ______ **Time:** ______ **Allergies:** ______

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

**Medications Ordered:**

______________________________

______________________________

______________________________

______________________________ **Total #:** ______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Jeremy Rachal 570548 **Facility:** ____________

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4 | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment:** **Date:** ____ **Time:** ____ **Allergies:** ____

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other** [redacted]

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________________

______________________________

______________________________

______________________ **Total #:** ______

**Health Care Personnel Signature**

☐ No Fee ☑ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| | | | |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** ______________________

| Jeremy Rachal | 590548 | | N4B | | | |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

2.00 [illegible]

**Health Care Personnel Assessment:** **Date:** [illegible] **Time:** [illegible] **Allergies:** ______________

☒ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________

______________________

______________________

______________________ **Total #:** ________

______________________

**Health Care Personnel Signature**

☐ No Fee ☒ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ________

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| | | 12/9/25 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record    Yellow - Business Office    Pink - Inmate's Copy

Form HCP13-a
17 November 2024

## Request for Medical Treatment

Jeremy Rachal 590548

**Facility:** ____________________

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| | | | N4B | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment:** **Date:** ________ **Time:** ________ **Allergies:** ________

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________

______________________

______________________

______________________ **Total #:** ________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ________

Total: $ ________

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| | | | |

Original - Inmate's Medical Record    Yellow - Business Office    Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** ____________

| Jeremy Rachal | 590548 | | N4B | | | |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment: Date:** ____ **Time:** ____ **Allergies:** ____

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

____________

____________

____________

____________ **Total #:** ____

____________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $____

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| | | | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

# EXHIBIT - K

Mental-Health Diagnostic History Report of Plaintiff

Caddo Correctional Center
Psychiatric Follow-up Evaluation

NAME: Jeremy Rachal
SO #: 105808
DOB: 4/23/91
Date: 4/20/17
Time: 1410

Zoloft 100 mg daily
Depakote 500 mg 6 pm
Trazodone 100 mg QHS

Progress/Comments:
Pt doing well; states housing unit considering ↓ to Level 2 c/o ↑ sedation in AM c̄ current trazodone dose. ø other concerns/complaints

Mental Status Exam:

| | |
|---|---|
| APPEARANCE: | ◯ Groomed ◯ Disheveled ◯ Unbathed/Malodorous ◯ Bizarre ☑ Casual ☑ Attire: B/W shackles |
| ATTITUDE: | ☑ Cooperative ◯ Anxious ◯ Guarded ◯ Hostile ◯ Evasive ◯ Withdrawn |
| PSYCHOMOTOR: | ☑ Normal ◯ Agitated ◯ Slowed ◯ Poor eye contact |
| SPEECH: | ☑ Normal Prosody ◯ Dysarthric ◯ Rapid Rate ◯ Loud Volume |
| MOOD: | "doing good" |
| AFFECT: | ☑ Full Range ◯ Labile ◯ Constricted ◯ Blunted ◯ Flat ◯ Mood Incongruent |
| PROCESS: | ☑ Organized ◯ Illogical ◯ Flight of Ideas/Looseness ◯ Circumstantial ◯ Tangential |
| DELUSIONS: | ☑ None ◯ Paranoid ◯ Somatic ◯ Grandiose ◯ Persecutory ◯ Ideas of Reference |
| HALLUCINATIONS: | ☑ None ◯ Auditory ◯ Visual ◯ Tactile ◯ Olfactory ◯ Gustatory ◯ Command |
| SENSORIUM: | ☑ Awake ☑ Alert |
| ORIENTATION: | ☑ Person ☑ Place ◯ Time ◯ Situation |
| MEMORY: | ☑ Grossly Intact |
| ATTENTION: | ☑ Grossly Intact |
| INSIGHT: | ◯ Adequate ☑ Superficial ◯ Limited |
| JUDGMENT: | ☑ Grossly Intact ◯ Suspect ◯ Impaired |
| INTELLECT: | ☑ Average ◯ Above Average ◯ Below Average |
| EPS SYMPTOMS: | ◯ Present ☑ Absent |
| DANGEROUSNESS: | Suicidal ◯ Ideation ◯ Intent ◯ Plan ☑ Denied<br>Homicidal ◯ Ideation ◯ Intent ◯ Plan ☑ Denied<br>level 3 (ASeg) |

DIAGNOSTIC IMPRESSION

| | |
|---|---|
| ◯ Neurodevelopmental Disorder | ◯ Trauma and Stressor Disorder |
| ◯ Schizophrenia/Psychotic Disorder | ☑ Impulse Control Disorder |
| ☑ Bipolar Disorder r/o | ◯ Substance Use Disorder |
| ☑ Depressive Disorder MDD c̄ 4 feat | ◯ Neurocognitive Disorder |
| ◯ Anxiety Disorder | ☑ Personality Disorder. Borderline Antisocial + Paranoid traits |

Progress: Improved Overall No Improvement Worse Non-compliant

Pending Court Date: ______________

Plan:
↓ Trazodone to 75 mg QHS

RTC: 6 weeks

SIGNATURE: Sanderson, MD